ORIGINAL                                                                                                    ORIGINAL

**Robert J. Beles** Bar No. 41993
**Paul McCarthy** Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*

# United States District Court
## Northern District of California

| | |
|---|---|
| JARVIS GILBERT,<br><br>        *Petitioner*,<br>    vs.<br><br>TOM FELKER, Warden, High Desert State Prison<br><br>        *Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        *Real Party in Interest*. | No. **07-05987-TEH**<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, section 636(c), the undersigned party hereby voluntarily consents to having a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: Oakland, California, Wednesday, January 16, 2008.

*/s/ Paul McCarthy*
_____
**Paul McCarthy**
Attorney for *Petitioner* JARVIS GILBERT

1

ORIGINAL                                                                                          ORIGINAL

# PROOF OF SERVICE

I, the undersigned, depose and state: I reside or do business within the County of Alameda. I am over eighteen years of age and not a party to this action. My business address is 1 Kaiser Plaza, Suite 2300, Oakland, CA 94612-3642.

On Wednesday, January 16, 2008, I served the following documents:

**Consent to Proceed Before a United States Magistrate Judge**

I served the following persons by U.S. mail:

Office of the Attorney General
State of California
455 Golden Gate Ave., Suite 11000
San Francisco, California 94102-7004
Attorney for *Respondent / Real Party in Interest*

I declare under penalty of perjury that the above is true. Executed in Oakland, California on Wednesday, January 16, 2008.

*Paul McCarthy* (signature)