EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JEFFREY M. LAURENCE
Deputy Attorney General
State Bar No. 183595
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5897
  Fax: (415) 703-1234
  Email: Jeff.Laurence@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JARVIS GILBERT,**<br><br>                Petitioner,<br><br>v.<br><br>**TOM FELKER, Warden,**<br><br>                Respondent. | C07-5987 TEH<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

       Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time until April 11, 2008, in which to file a response to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. I have spoken with opposing counsel, and he had no objection to this request.

       WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including April 11, 2008, in which to file an answer or other responsive pleading.

///

///

///

1  Dated: January 28, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5

6  GERALD A. ENGLER
Senior Assistant Attorney General

7  PEGGY S. RUFFRA
Supervising Deputy Attorney General

8
/s/ Jeffrey M. Laurence

9
JEFFREY M. LAURENCE
10  Deputy Attorney General

Attorneys for Respondent
11

12  JML:jw
40211510.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

App. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus - C07-5987 TEH

2