1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEFFREY M. LAURENCE
   Deputy Attorney General
6  State Bar No. 183595
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA 94102-3664
      Telephone: (415) 703-5897
8     Fax: (415) 703-1234
      Email: Jeff.Laurence@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JARVIS GILBERT,** | C07-5987 TEH |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

I, JEFFREY M. LAURENCE, declare under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus action. Respondent's answer or other responsive pleading is due February 11, 2008, pursuant to this Court's December 13, 2007, order to show cause. I am unable to meet this deadline, and request an extension of time to file a response to the petition for the following reasons.

2. Petitioner is a state prisoner who was convicted of attempted premeditated murder, assault with a firearm, and shooting at an occupied vehicle, with several gun use enhancements, and he is serving an indeterminate sentence of 42 years to life. He raises several distinct claims of

1  ineffective assistance of counsel for failing to object to the introduction of evidence and various
2  assertions of prosecutorial misconduct.

3     3.  This case was already closed when the Order to Show Cause issued, and I had to
4  order the file from our archives in Sacramento before I could begin working on our answer. The
5  record in this case consists of approximately 915 pages of reporter's transcript and 806 pages of
6  clerk's transcript and will take additional time to review and examine this record.

7     4.  In addition, during the time I have been assigned this habeas matter, I have filed an
8  answer in *Young v. Runnels* (C05–119 JSW), and I have prepared an answer in *Heang v. Woodford*
9  (C07-0980 MJJ). I have also filed respondent's briefs in state appellate courts in *People v.*
10 *Easterling* (A115281), *People v. Ekwueme* (H030655), *People v. Powell* (A114764), and *People v.*
11 *Chavira* (A116473). Furthermore, over the course of the next 60 days, I must prepare and filed
12 respondent's briefs in state court in *People v. Hughes* (A115308), *People v. Barron* (H031590), and
13 *People v. Estrada* (H031846), and I must prepare and file an answer in *Leon v. Yates* (C07-5719
14 CRB).

15    5.  Additionally, I am counsel for respondent in *People v. French* (S148845), which was
16 argued before the California Supreme Court on January 8, 2008. I had to devote several days to
17 examining the record and legal issues in that case in preparation for oral argument.

18    6.  I have contacted counsel for petitioner, Robert Beles, and he has no objection to this
19 extension request.

20    Accordingly, I request that the Court grant respondent an extension of 60 days, to and
21 including April 11, 2008, in which to file a response to the petition.

22    I declare under penalty of perjury that the foregoing is true and correct.

23    Executed this 28th day of January, 2008 in San Francisco, California.

25    /s/ Jeffrey M. Laurence

26    JEFFREY M. LAURENCE
   Deputy Attorney General
27    Attorney for Respondent

Decl. of Counsel in Support of App. for Ext. of Time to File Response - C07-5987 TEH