1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEFFREY M. LAURENCE
   Deputy Attorney General
6  State Bar No. 183595
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5897
8  Fax: (415) 703-1234
     Email: Jeff.Laurence@doj.ca.gov
9  Attorneys for Respondent

10           IN THE UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  **JARVIS GILBERT,**                          C07-5987 TEH

14                              Petitioner,      **DECLARATION OF COUNSEL IN**
                                                 **SUPPORT OF APPLICATION FOR**
15              v.                               **SECOND EXTENSION OF TIME**
                                                 **TO FILE RESPONSE**
16  **TOM FELKER, Warden,**

17                              Respondent.

18

19         I, JEFFREY M. LAURENCE, declare under penalty of perjury as follows:

20         1.    I am a Deputy Attorney General for the State of California and am assigned to

21  represent respondent in this habeas corpus action.  Respondent's answer or other responsive

22  pleading is due April 11, 2008, pursuant to this Court's December 13, 2007, order to show cause.

23  I am unable to meet this deadline, and request an extension of time to file a response to the petition

24  for the following reasons.

25         2.    Petitioner is a state prisoner who was convicted of attempted premeditated murder,

26  assault with a firearm, and shooting at an occupied vehicle, with several gun use enhancements, and

27  he is serving an indeterminate sentence of 42 years to life.  He raises several distinct claims of

28  ineffective assistance of counsel for failing to object to the introduction of evidence and various

1    assertions of prosecutorial misconduct.

2        3.    This case was already closed when the Order to Show Cause issued, and I had to

3    order the file from our archives in Sacramento before I could begin working on our answer.  The

4    record in this case consists of approximately 915 pages of reporter's transcript and 806 pages of

5    clerk's transcript and will take additional time to review and examine this record.

6        4.  The United States Supreme Court requested a response to a petition for writ of

7    certiorari in *Roundtree v. California* (07-7463).  On February 22, 2008, I was assigned to prepare

8    the opposition on an expedited basis, which necessitated setting aside my pending caseload.  I had

9    to devote several days to examining the record and legal issues in that case in order to prepare our

10   response.  The time involved in researching the issues and drafting our response caused

11   unanticipated delays in my caseload management.  I filed our response on March 5th, after which

12   I was able to return to my previously assigned cases.

13       5.   In addition, during the time I have been assigned this habeas matter, I have filed a

14   merit's brief in the California Supreme Court in *People v. Villa* (S151561), and a petition for review

15   in the California Supreme Court in *People v. Story* (S161044).  I also filed answers to federal habeas

16   corpus petitions in *Heang v. Woodford* (C07-0980 MJJ) and *Young v. Runnels* (C05–119 JSW), and

17   I filed a motion to dismiss in *Granado v. Evans* (C07-4596 JF).  I have also filed respondent's briefs

18   in state appellate courts in *People v. Easterling* (A115281), *People v. Ekwueme* (H030655), *People*

19   *v. Powell* (A114764), and *People v. Chavira* (A116473), *People v. Johnson* (A118685), *People v.*

20   *Hughes* (A115308).  Furthermore, over the course of the next 60 days, I must prepare and filed

21   respondent's briefs in state court in *People v. Barron* (H031590), *People v. Estrada* (H031846),

22   *People v. Robey* (H032101), *People v. Canfield* (A118126),  and *People v. Daniels* (A113184), and

23   I must prepare and file an answer in *Leon v. Yates* (C07-5719 CRB).

24       6.    Additionally, I was counsel for respondent in *People v. French* (S148845), which was

25   argued before the California Supreme Court on January 8, 2008.  I had to devote several days to

26   examining the record and legal issues in that case in preparation for oral argument.

27       7.    I have contacted counsel for petitioner, Robert Beles, and he has no objection to this

28   extension request.

Decl. of Counsel in Support of App. for Second Ext. of Time to File Response - C07-5987 TEH

1    Accordingly, I request that the Court grant respondent an extension of 60 days, to and

2    including June 10, 2008, in which to file a response to the petition.

3    I declare under penalty of perjury that the foregoing is true and correct.

4    Executed this 2nd day of April, 2008 in San Francisco, California.

5

6                                        /s/ Jeffrey M. Laurence

7                                        _____
                                         JEFFREY M. LAURENCE
8                                        Deputy Attorney General
                                         Attorney for Respondent

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28