IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JARVIS GILBERT,**<br><br>                Petitioner,<br><br>    v.<br><br>**TOM FELKER, Warden,**<br><br>                Respondent. | C07-5987 TEH<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **June 10, 2008**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading.

Dated: _____   _____
                                                                THELTON E. HENDERSON, JUDGE
                                                                 United States District Court

[Proposed] Order - C07-5987 TEH