1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JARVIS GILBERT,**

Petitioner,

v.

**TOM FELKER, Warden,**

Respondent.

C07-5987 TEH

~~**[PROPOSED]**~~ **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **June 10, 2008**, an answer or other responsive pleading to the petition for writ of habeas corpus.  If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading.

Dated: _____  04/03/08

THELTON E. HENDERSON
United States District Judge

Judge Thelton E. Henderson

[Proposed] Order  - C07-5987 TEH