1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEFFREY M. LAURENCE
   Deputy Attorney General
6  State Bar No. 183595
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5897
8    Fax: (415) 703-1234
     Email: Jeff.Laurence@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

   **JARVIS GILBERT,**                          C07-5987 TEH
14
                             Petitioner,        **APPLICATION FOR EXTENSION**
15                                              **OF TIME TO FILE RESPONSE TO**
                                                **PETITION FOR WRIT OF**
16        **v.**                                **HABEAS CORPUS**

   **TOM FELKER, Warden,**
17
                             Respondent.
18

19       Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 62-day

20  extension of time until Monday, August 11, 2008, in which to file a response to the petition for writ

21  of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of

22  counsel.  I have spoken with opposing counsel, and he has no objection to this request.

23       WHEREFORE, respondent respectfully requests that this Court grant an extension of time

24  to and including Monday, August 11, 2008, in which to file an answer or other responsive pleading.

25  ///

26  ///

27  ///

28

   App. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus - C07-5987 TEH
                                              1

1         Dated:  May 19, 2008

2                         Respectfully submitted,

3                         EDMUND G. BROWN JR.
                        Attorney General of the State of California

4                         DANE R. GILLETTE
                        Chief Assistant Attorney General

5                         GERALD A. ENGLER

6                         Senior Assistant Attorney General

7                         PEGGY S. RUFFRA
                        Supervising Deputy Attorney General

8

9                         /s/ Jeffrey M. Laurence

10                         JEFFREY M. LAURENCE
                        Deputy Attorney General

11                         Attorneys for Respondent

12   JML:jw
    40255532.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

App. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus - C07-5987 TEH