1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEFFREY M. LAURENCE
   Deputy Attorney General
6  State Bar No. 183595
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5897
8   Fax: (415) 703-1234
    Email: Jeff.Laurence@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

| **JARVIS GILBERT,** | C07-5987 TEH |
|---|---|
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

   I, JEFFREY M. LAURENCE, declare under penalty of perjury as follows:

   1.  I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus action. Respondent's answer or other responsive pleading is due June 10, 2008, pursuant to this Court's December 13, 2007, order to show cause, and this Court's April 3, 2008, order extending time. I am unable to meet this deadline, and request an extension of time to file a response to the petition for the following reasons.

   2.  Petitioner is a state prisoner who was convicted of attempted premeditated murder, assault with a firearm, and shooting at an occupied vehicle, with several gun use enhancements, and he is serving an indeterminate sentence of 42 years to life. He raises several distinct claims of ineffective assistance of counsel for failing to object to the introduction of evidence and various

assertions of prosecutorial misconduct.

3. This case was already closed when the Order to Show Cause issued, and I had to order the file from our archives in Sacramento before I could begin working on our answer. The record in this case consists of approximately 915 pages of reporter's transcript and 806 pages of clerk's transcript and will take additional time to review and examine this record.

4. On April 23, 2008, the California Supreme Court granted review in *People v. Story*, S161044, on respondent's petition. I am counsel of record in *Story*, I prepared the petition for review, and I am responsible for writing the opening brief in that case. The opening brief in *Story* is currently due on June 22, 2008. This grant of review has necessitated that I set aside my pending caseload to address the issues raised, and has caused unanticipated delays in my caseload management.

5. On May 1, 2008, the United States Supreme Court requested that I file an opposition to a petition to writ of certiorari in *Rankin v. California*, 07-1249, challenging the constitutionality of California's sentencing system as reformed after *Cunningham v. California*. That opposition is currently due on June 2, 2008, and will delay my ability to complete our answer before the current due date.

6. I am currently the designated expert in the San Francisco branch of the California Attorney General's Office on sentencing issues involving *Blakely v. Washington*, 542 U.S. 296 (2004). On April 20, 2008, I was assigned to handle the appeal in the Ninth Circuit in *Chioino v. Kernan*, 08-15265, which implicates the constitutionality of California's sentencing scheme as reformed in the wake of *Cunningham v. California*, 549 U.S. 270 (2007). The Deputy Attorney General who originally handled this case is on maternity leave, and the case was reassigned to me for purposes of the appeal. Because I was not the original attorney in that case, I am not familiar with the record and will need to devote additional time to learning the background to complete the briefing in that case. Our opening brief in that case is currently due June 20, 2008.

7. In addition, during the time I have been assigned this habeas matter, I have filed a merit's brief in the California Supreme Court in *People v. Villa* (S151561). I also filed answers to federal habeas corpus petitions in *Heang v. Woodford* (C07-0980 MJJ) and *Young v. Runnels*

(C05–119 JSW), and respondent's briefs in state appellate courts in *People v. Hughes* (A115308), *People v. Barron* (H031590). Furthermore, over the course of the next 60 days, in addition to the merits brief in the California Supreme Court in *Story*, the opposition to the petition for writ of certiorari in *Rankin*, and in the Ninth Circuit in *Chioino*, I must prepare and file respondent's briefs in state court in *People v. Daniels & Canfield* (A113184), and *People v. Canfield* (A118126), and prepare and file an answer in federal court in *Leon v. Yates* (C07-5719 CRB).

8. I have contacted counsel for petitioner, and he has no objection to this extension request.

Accordingly, I request that the Court grant respondent an extension of 62 days, to and including Monday, August 11, 2008, in which to file a response to the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of May, 2008 in San Francisco, California.

/s/ Jeffrey M. Laurence
_____
JEFFREY M. LAURENCE
Deputy Attorney General
Attorney for Respondent

40255533.wpd

Decl. of Counsel in Support of App. for Ext. of Time to File Response - C07-5987 TEH

3