1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEFFREY M. LAURENCE
   Deputy Attorney General
6  State Bar No. 183595
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5897
8    Fax: (415) 703-1234
     Email: Jeff.Laurence@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

**JARVIS GILBERT,**                         C07-5987 TEH

                            Petitioner,     **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

      v.

**TOM FELKER, Warden,**

                            Respondent.

18         Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 30-day

19  extension of time until September 10, 2008, in which to file a response to the petition for writ of

20  habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel.

21  I have spoken with opposing counsel, and he has no objection to this request.

22         WHEREFORE, respondent respectfully requests that this Court grant an extension of time

23  to and including Monday, September 10, 2008, in which to file an answer or other responsive

24  pleading.

25  ///

26  ///

27  ///

28

App. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus - C07-5987 TEH

1

1     Dated: August 1, 2008

2         Respectfully submitted,

3         EDMUND G. BROWN JR.
        Attorney General of the State of California

4         DANE R. GILLETTE
        Chief Assistant Attorney General

5

6         GERALD A. ENGLER
        Senior Assistant Attorney General

7         PEGGY S. RUFFRA
        Supervising Deputy Attorney General

8

        /s/ Jeffrey M. Laurence

9

10         JEFFREY M. LAURENCE
        Deputy Attorney General

        Attorneys for Respondent

11

12 JML:jw
20129727.wpd

App. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus - C07-5987 TEH