1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEFFREY M. LAURENCE
   Deputy Attorney General
6  State Bar No. 183595
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5897
8    Fax: (415) 703-1234
     Email: Jeff.Laurence@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

**JARVIS GILBERT,**                 C07-5987 TEH

13
                       Petitioner,  **DECLARATION OF COUNSEL IN**
14                                  **SUPPORT OF APPLICATION FOR**
        v.                          **EXTENSION OF TIME TO FILE**
15                                  **RESPONSE**
**TOM FELKER, Warden,**
16
                       Respondent.
17

18

19      I, JEFFREY M. LAURENCE, declare under penalty of perjury as follows:

20      1.    I am a Deputy Attorney General for the State of California and am assigned to

21  represent respondent in this habeas corpus action. Respondent's answer or other responsive

22  pleading is due August 11, 2008, pursuant to this Court's December 13, 2007, order to show cause,

23  and this Court's May 20, 2008, order extending time. I am unable to meet this deadline, and request

24  an extension of time to file a response to the petition for the following reasons.

25      2.    Petitioner is a state prisoner who was convicted of attempted premeditated murder,

26  assault with a firearm, and shooting at an occupied vehicle, with several gun use enhancements, and

27  he is serving an indeterminate sentence of 42 years to life. He raises several distinct claims of

28  ineffective assistance of counsel for failing to object to the introduction of evidence and various

1 assertions of prosecutorial misconduct.

2     3. This case was already closed when the Order to Show Cause issued, and I had to
3 order the file from our archives in Sacramento before I could begin working on our answer. The
4 record in this case consists of approximately 915 pages of reporter's transcript and 806 pages of
5 clerk's transcript and will take additional time to review and examine this record.

6     4. On April 23, 2008, the California Supreme Court granted review in *People v. Story*,
7 S161044, on respondent's petition. I am counsel of record in *Story*, I prepared the petition for
8 review, and I am responsible for writing the opening brief in that case. The opening brief in *Story*
9 was filed on July 11, 2008. This grant of review necessitated that I set aside my pending caseload
10 to address the issues raised, and caused unanticipated delays in my caseload management.

11     5. On May 1, 2008, the United States Supreme Court requested that I file an opposition
12 to a petition to writ of certiorari in *Rankin v. California*, 07-1249, challenging the constitutionality
13 of California's sentencing system as reformed after *Cunningham v. California*. That opposition was
14 filed on June 5, 2008, and delayed my ability to complete the answer.

15     6. I am currently the designated expert in the San Francisco branch of the California
16 Attorney General's Office on sentencing issues involving *Blakely v. Washington*, 542 U.S. 296
17 (2004). On April 20, 2008, I was assigned to handle the appeal in the Ninth Circuit in *Chioino v.
18 Kernan*, 08-15265, which implicates the constitutionality of California's sentencing scheme as
19 reformed in the wake of *Cunningham v. California*, 549 U.S. 270 (2007). The Deputy Attorney
20 General who originally handled this case is on maternity leave, and the case was reassigned to me
21 for purposes of the appeal. Because I was not the original attorney in that case, I am not familiar
22 with the record and will need to devote additional time to learning the background to complete the
23 briefing in that case. Our opening brief in that case is currently due August 19, 2008.

24     7. On July 24, 2008, the California Supreme Court requested that I file an answer to a
25 petition for review in *In re Deshawn Campbell* (S165309), and ordered the answer to be filed by
26 August 14, 2008, without extension, due to the strict jurisdictional time line for a grant or denial of
27 review. That request required that I set aside my pending cases to prepare a response.

28     8. Over the past 60 days, in addition to filing a merit's brief in the California Supreme

Decl. of Counsel in Support of App. for Ext. of Time to File Response - C07-5987 TEH

2

Court in *People v. Story* (S161044), and the certiorari opposition in *Rankin v. California*, 07-1249, I also filed an answer a to federal habeas corpus petition in *Leon v. Yates* (C07-5719 CRB), and respondent's briefs in state appellate courts in, *People v. Canfield* (A118126), *People v. Daniels & Gordon* (A113184), and *In re Lawrence* (A121786). Furthermore, over the course of the next 30 days, in addition to the answer in the California Supreme Court in *Campbell*, and the answer brief in the Ninth Circuit in *Chioino*, I must prepare and file respondent's briefs in state court in *People v. Silva* (A118942), *People v. McQueen* (A120337), *People v. Langi* (A119095), *People v. Smith* (A118208), and *People v. Pakes* (H032734).

9. Over the past 60 days, I began work on the our answer. I have conducted substantial research on the issues raised and have begun drafting our answer. Petitioner's pleadings raise nine separate claims of constitutional error which will take additional time to address.

10. I have contacted counsel for petitioner, and he has no objection to this extension request.

Accordingly, I request that the Court grant respondent an extension of 30 days, to and including September 10, 2008, in which to file a response to the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of August, 2008 in San Francisco, California.


/s/ Jeffrey M. Laurence

_____
JEFFREY M. LAURENCE
Deputy Attorney General
Attorney for Respondent

20129726.wpd

Decl. of Counsel in Support of App. for Ext. of Time to File Response - C07-5987 TEH

3