IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JARVIS GILBERT,** | C07-5987 TEH |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **September 10, 2008**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading.

Dated: 08/06/08

_____
THELTON E. HENDERSON, JUDGE
United States District Court

[Proposed] Order - *Gilbert v. Felker* - C 07-5987 TEH