EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
JEFFREY M. LAURENCE
Deputy Attorney General
State Bar No. 183595
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5897
 Fax: (415) 703-1234
 Email: Jeff.Laurence@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARVIS GILBERT,** | C 07-5987 TEH |
| Petitioner, | **ANSWER** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

Respondent hereby provides this answer to the petition for writ of habeas corpus and order to show cause:

**I.**

**CUSTODY**

Petitioner is lawfully confined in High Desert State Prison by Tom Felker, Warden, pursuant to a valid judgement and commitment entered October 8, 2004, in Alameda County Superior Court upon a jury verdict. The jury found petitioner guilty of attempted premeditated murder (Cal. Penal Code §§ 664, 187, 189; count 6), eight counts of assault with a firearm (Cal. Penal Code § 245(a)(2); counts 1, 2, 3, 4, 7, 8, 9, 10), two counts of shooting at an occupied vehicle (Cal. Penal Code § 246; count 5, 11), and carrying a loaded firearm (Cal. Penal Code § 12031(a);

count 12). The jury found as to the attempted murder count that petitioner personally discharged a firearm inflicting great bodily injury (Cal. Penal Code § 12022.53(d)), as to the assault counts that he personally used a firearm (Cal. Penal Code § 12022.5(a)(1)), and as to count 8 that petitioner personally inflicted great bodily injury upon Lester Williams (Cal. Penal Code § 12022.7(a)). Petitioner was sentenced to a term of 42 years to life in state prison. Petitioner's conviction was affirmed on appeal, and his petition for review to the California Supreme Court was denied. His state habeas petition in the California Court of Appeal was also denied.

## II.

## PROCEDURAL ISSUES

Petitioner has not exhausted his available state remedies as to two of the claims raised, namely claims c and h. He has exhausted the remainder of his claims. The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## III.

## DENIAL OF CLAIMS

Respondent generally denies that petitioner suffered any deprivation of constitutional rights supporting habeas corpus relief in that he has failed to show the state court's ruling was contrary to or an unreasonable application of clearly established Supreme Court precedent, or that it involved an unreasonable determination of the facts. Respondent specifically denies petitioner's claims as follows:

(1) There is no merit to petitioner's claim that he received constitutionally ineffective assistance of counsel for not objecting to the calling of a Deputy District Attorney to testify as a percipient witness.

(2) There is no merit to petitioner's claim that he received constitutionally ineffective assistance of counsel for not objecting to the calling of an investigator who worked for the Alameda County District Attorney's office as a percipient witness.

(3) There is no merit to petitioner's claim that he received constitutionally ineffective assistance of counsel for not objecting to testimony from Sergeant Cronin about an out of court statement by Fatima Robinson.

Answer - C 07-5987 TEH

2

  (4) There is no merit to petitioner's claim that he received constitutionally ineffective assistance of counsel for not objecting to testimony from Inspector Williams about an out of court statement by Robinson's mother.

  (5) There is no merit to petitioner's claim that he received constitutionally ineffective assistance of counsel for not objecting to alleged prosecutorial misconduct in closing argument vouching for a witness.

  (6) There is no merit to petitioner's claim that he received constitutionally ineffective assistance of counsel for not objecting to the prosecution's closing allegedly inviting the jury to convict petitioner to protect community values, preserve civil order, or deter future lawbreaking.

  (7) There is no merit to petitioner's claim that he received constitutionally ineffective assistance of counsel for not objecting to the prosecution closing argument allegedly arguing facts not in evidence.

  (8) There is no merit to petitioner's claim that he received constitutionally ineffective assistance of counsel for not objecting to the prosecution closing argument shifting the burden of proof to petitioner.

  (9) There is no merit to petitioner's claim of plain error under California law.

  (10) The petition is otherwise without merit.

  (11) Respondent incorporates by reference the accompanying memorandum of points and authorities and the accompanying exhibits, including any statements of fact material to the issues addressed in this Answer. Respondent denies petitioner's allegations of fact insofar as they are inconsistent with respondent's factual allegations herein.

## IV.

## TRANSCRIPTS AND RECORDS

Petitioner has presented all but two of his claims to the California Supreme Court by way of a petition for review from his direct appeal. We are submitting herewith the briefing on the merits in petitioner's direct appeal, petitioner's petition for review in the California Supreme Court, the denial of his petition for writ of habeas corpus in the California Court of Appeal as Exhibits 5

Answer - C 07-5987 TEH

through 13. We are also submitting herewith 6 volumes of reporter's transcripts, 3 volumes of clerk's transcript, and two trial court exhibits as Exhibits 1 through 4, which cover all proceedings. So far as respondent is aware, all relevant reported proceedings in state court have been transcribed. Rule 5, Rules governing Section 2254 cases.

## CONCLUSION

WHEREFORE, respondent asks that the Order to Show Cause be discharged and the petition for writ of habeas corpus be denied.

Dated: September 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

/s/ Jeffrey M. Laurence

JEFFREY M. LAURENCE
Deputy Attorney General

Attorneys for Respondent

20137957.wpd

Answer - C 07-5987 TEH

4