1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | GREGORY A. OTT
Deputy Attorney General
5 | JEFFREY M. LAURENCE
Deputy Attorney General
6 | State Bar No. 183595
 455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-3664
Telephone: (415) 703-5897
8 | Fax: (415) 703-1234
Email: Jeff.Laurence@doj.ca.gov
9 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**JARVIS GILBERT,**

Petitioner,

v.

**TOM FELKER, Warden,**

Respondent.

C 07-5987 TEH

**NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS**

Respondent submits herewith the following exhibits to be lodged with the Court in connection with its consideration of the answer and memorandum of points and authorities in the above case or action:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Reporter's transcript on appeal (6 vols.), A108086; |
| 2 | Clerk's transcript on appeal (3 vols.), A108086; |
| 3 | Trial Court Exhibit 8A, A108086; |
| 4 | Trial Court Exhibit 9A, A108086; |
| 5 | Petitioner's opening brief on appeal, A108086; |
| 6 | Respondent's brief on appeal, A108086; |

Notice of Lodging of and Index to Exhibits - C 07-5987 TEH

1

| | | |
|---|---|---|
| 1 | 7 | Petitioner's reply brief on appeal, A108086; |
| 2 | 8 | Court of Appeal opinion affirming judgment, A108086; |
| 3 | 9 | Court of Appeal's denial of state habeas petition, A113725; |
| 4 | 10 | Docket sheet for denial of state habeas petition, A113725; |
| 5 | 11 | Petitioner's petition for review to the California Supreme Court, S147618; |
| 6 | 12 | California Supreme Court's denial of review, S147618; |
| 7 | 13 | Docket sheet for California Supreme Court's denial of review, S147618. |

Dated: September 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

/s/ Jeffrey M. Laurence

JEFFREY M. LAURENCE
Deputy Attorney General

Attorneys for Respondent

20137963.wpd

Notice of Lodging of and Index to Exhibits - C 07-5987 TEH

2