IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JARVIS GILBERT,

              Petitioner,

     v.

TOM FELKER,

             Respondent.

NO. C07-5987 TEH

ORDER GRANTING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY

Petitioner Jarvis Gilbert requests a certificate of appealability as to his Strickland claims challenging the adequacy of representation he received at his trial. The Court agrees that, as to that claim, Gilbert has satisfied the standards set forth in 28 U.S.C. § 2253(c)(2). *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (explaining that an applicant satisfies these standards where he or she shows that reasonable jurists could find the issues debatable or that the issues are "adequate to deserve encouragement to proceed further") (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). Accordingly, the Court hereby GRANTS Gilbert's request for a certificate of appealability.

**IT IS SO ORDERED.**

DATED: August 6, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT